DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HANS FUCHS,**
Appellant,

v.

**ROBERT SUMMERLIN,**
Appellee.

No. 4D21-1476

[November 4, 2021]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph George Marx, Judge; L.T. Case No. 502020CA008099XXXXSB.

Daniel S. Weinger, Daniel J. Santaniello, and Christopher J. Delorenzo of Luks, Santaniello, Petrillo & Cohen, Fort Lauderdale, for appellant.

Erin P. Newell of Florida Appeals, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, KLINGENSMITH, and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***